```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**PHILLIP WAYNE ARNOLD**                                              PLAINTIFF

      v.          Civil No. 11-5271

**LEANNA HOUSTON, Public Defender**                                   DEFENDANT

### O R D E R

Now on this 15th day of February, 2012, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #6), to which no objections have been made, and the Court, having reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claim is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren  
                                              JIMM LARRY HENDREN  
                                              UNITED STATES DISTRICT JUDGE